498

FRANK J. CIMOSKI, JAMES R. CIMOSKI, JEROME J. CIMOSKI, d/b/a VAL-A-COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed April 11, 1975.*

FRANK J. CIMOSKI, JAMES R. CIMOSKI, JEROME J. CIMOSKI, d/b/a VAL-A-COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-805—

NORTHERN DISTRICT REPORTERS, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF Revenue, Respondent.

*Opinion filed April 11, 1975.*

NORTHERN DISTRICT REPORTERS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.